**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PHILLIP ROSENBLUM, | ) | NO. ED CV 18-1430-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARTIN BITER, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 9, 2018

　　　　　　　　　　　_____
　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　UNITED STATES DISTRICT JUDGE